UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 23, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:12-MJ-00018-DAD-1
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
NADIYAH MUHAMMAD WOODS, )
)
Defendant. )

*Amended release order will follow setting date for defendant's delivery from County custody to Pretrial Services for delivery to the Effort.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nadiyah Muhammad Woods</u>, Case No. <u>2:12-MJ-00018-DAD-1</u>, Charge <u>Title 18 USC §§ 2, 286, 287, 1341, 1028A(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 50,000

        X  Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    X  (Other) <u>Pretrial Services Supervision — residence at the Effort.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 23, 2012</u> at <u>3:15</u> pm.

By <u>Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge