UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 23, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-MJ-00018-DAD-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
|  ) | PERSON IN CUSTODY |
| NADIYAH MUHAMMAD WOODS, ) | |
| Defendant. ) | |

\* Amended release order will follow setting date for defendant's delivery from County custody to Pretrial Services for delivery to the Effort.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nadiyah Muhammad Woods</u>, Case No. <u>2:12-MJ-00018-DAD-1</u>, Charge <u>Title 18 USC §§ 2, 286, 287, 1341, 1028A(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

      X   Bail Posted in the Sum of $ 50,000

          X   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

          ___   Corporate Surety Bail Bond

          X   (Other)   Pretrial Services Supervision — residence at the Effort.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>January 23, 2012</u>  at  3:15  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge